UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA     FILED

2010 DEC -1  AM 8:52

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                 Plaintiff,<br><br>    vs.<br><br>MARTIN MORENO-LOPEZ,<br><br>                 Defendant. | CASE NO. 10cr4272-JM<br><br>JUDGMENT OF DISMISSAL |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

____ of the offense(s) of the Indictment/Information:

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/24/10

                                    ANTHONY J. BATTAGLIA
                                    UNITED STATES DISTRICT JUDGE